Name: George Hamilton "20260
Address: Utah State Prison
Telephone: P.o. Box 250
Draper, Utah 84020

Pro-se

RECEIVED CLERK

FILED    AUG 2 7 2015
U.S. DISTRICT COURT
U.S. DISTRICT COURT

2015 OCT -1  ⊃ 1: 33

DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central    DIVISION  RK

George Hamilton
(Full Name)
         PLAINTIFF

         vs.

Dept. of Corrections·Medical

Sidney G. Roberts, MD

Kennon Tubbs, MD

Joseph Coombs, PA
Terry Jeffries, PA
         DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case:2:15-cv-00611
Assigned To :Jenkins, Bruce S.
Assign. Date :8/27/2015
Description:Hamilton v. Department
of Corrections Medical et al

## A. JURISDICTION

1.    Jurisdiction is proper in this court according to:

      a. X 42 U.S.C. §1983
      b. __ 42 U.S.C. §1985
      c. __ Other (Please Specify) _____

2.    NAME OF PLAINTIFF George Hamilton _____
      IS A CITIZEN OF THE STATE OF  Utah _____

      PRESENT MAILING ADDRESS: Utah State Prison _____
                               P.o. Box 250
                               Draper, Utah 84020 _____

3.   NAME OF FIRST DEFENDANT _Sidney G. Roberts_
     IS A CITIZEN OF_____ _Utah_ _____
                          (City and State)

     IS EMPLOYED AS _Doctor_ _____ at _Utah state Prison_
          (Position and Title if Any)       (Organization)
          Was the defendant acting under the authority or color of state law at the time these
          claims occurred?

     YES _✓_ NO___.  If your answer is "YES" briefly explain.

     _By acting with the apparent authority of law, when_
     _actually in "Contravention" of law depriving a person of_
     _his civil rights._

4.   NAME OF SECOND DEFENDANT _Kennon Tubbs_
     (If applicable)

     IS A CITIZEN OF_____ _Utah_ _____
                          (City and State)

     IS EMPLOYED AS _Doctor_ _____ at _D.O.C._ .
          (Position and Title if Any)       (Organization)
          Was the defendant acting under the authority or color of state law at the time these
          claims occurred?

     YES _X_ NO___.  If your answer is "YES" briefly explain.

     _By acting with apparent authority of law, when in_
     _fact in Contravention depriving a person of his civil Rights._

5.   NAME OF THIRD DEFENDANT _Terry Jeffries_
     (If applicable)

     IS A CITIZEN OF_____ _Utah_ _____
                          (City and State)
     IS EMPLOYED AS _Physician Assistant_ at _D.O.C._ .
          (Position and Title if Any)       (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___.  If your answer is "YES" briefly explain.

By acting with the apparent authority of law, but commit an act that is not allowed by law, rule, treaty. A conflict with a right or principle.

6.    NAME OF FOURTH DEFENDANT _Joseph Coombs_
      (If applicable)

IS A CITIZEN OF_____ _Utah_ _____
              (city and State)

IS EMPLOYED AS _Physician Assistant_ at _state Prison_ . D.O.C.
      (Position and Title if Any)        (Organization)
      Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___.  If your answer is "YES" briefly explain.

By acting with indifference towards the pain I am having by walking or doing everyday tasks.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court?  Please explain the circumstances that led to the problem.
      Deliberate indifference: Medical staff Knowing of my broken bone in my foot and not dealing with it. I am having severe pain walking on it each and every day.

## C. CAUSE OF ACTION

1.   I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a.   (1)   Count I: _8th Amendment_

(2)   Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

_The above named MD's & PA's did demonstrate a deliberate indifference towards my foot and the treatment I recieved. They disregarded a substantial harm or risk to myself and foot._

b.   (1)   Count II: _14th Amendment / Due Process_

(2)   Supporting Facts: _A Serious medical need is present whenever the failure to treat a condition that could result in further significant injury or the unnecessary and wanton infliction of pain. "Significant injury, Pain or loss of function can constitute serious medical need"._

c.   (1)   Count III: _____

(2)     Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1.     How have you been injured by the actions of the defendant(s)?

Because of the broken bone on my foot, it has healed
wrong and causes me pain in everything I try to
accomplish. I finally was sent to the University Hospital
and the Doctor their explained that the bone had healed
wrong and would need to be re broken and re set.

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.     Have you filed other lawsuits in state or federal court that deal with the same facts that are
involved in this action or otherwise relate to the conditions of your imprisonment?
YES_____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more
than one lawsuit, describe additional lawsuits on additional separate pages, using the same
outline.)

   a.     Parties to previous lawsuit:

          Plaintiff(s): _____

          Defendant(s): _____

   b.     Name of court and case or docket number:     _____

c.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.     Issues raised: _____

_____

_____

e.     When did you file the lawsuit? _____

                                                Date     Month     Year

f.     When was it (will it be) decided? _____

2.     Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES  X  / NO _____.  If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

I have been requesting to have my foot repaired so I can walk properly.

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.     I believe that I am entitled to the following relief:

Money damages for compensation

Affirmative Relief

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C  §1621.


Executed at _Draper USP_ on _1 4 May_ 20 _15_
(Location)                              (Date)


_[signature]_
Signature