IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GEORGE HAMILTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEP'T OF CORRECTIONS MEDICAL DEPT., et al.,<br><br>　　　　　　Defendant. | ORDER DISMISSING CASE<br><br>Case No.  2:15CV611DAK<br><br>Judge Dale A. Kimball |

　　　　On August 17, 2017, Plaintiff filed a "request to dismiss case."  The court construes the filing as a motion for voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure.  Accordingly, the court dismisses Plaintiff's case without prejudice.  Plaintiff agreed to pay the remaining amount due on his filing fee.  However, the court waives any further payment.

　　　　DATED this 6th day of September, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　United States District Judge